# Order

Michigan Supreme Court
Lansing, Michigan

January 9, 2009

137585

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DALE RICHARD MARTIN,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137585
COA: 287270
Monroe CC: 07-036198-FC

_____/

On order of the Court, the application for leave to appeal the September 25, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009

_____
Clerk

1215